THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Rodney Bettis, Appellant.
 
 
 
 
 

Appeal From Aiken County
J. Michelle Childs, Circuit Court Judge 

Unpublished Opinion No. 2010-UP-174
 Submitted January 4, 2010 - Filed March 1,
2010    

 AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Senior Assistant Attorney General Harold M. Coombs, Jr., all
 of Columbia; Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Rodney Bettis appeals his guilty pleas to armed robbery, attempted
 armed robbery, and two offenses of possession of a weapon during a violent
 crime. Specifically, he maintains his guilty pleas failed to conform with the
 mandates set forth in Boykin v. Alabama because he was not informed of his
 right to challenge the State's identification evidence. 395 U.S. 238 (1969).  We
 affirm[1] pursuant to Rule 220(b), SCACR, and State v. McKinney, 278 S.C. 107,
 108, 292 S.E.2d 598, 599 (1982) (holding absent timely objection at plea
 proceeding, unknowing and involuntary nature of guilty plea can be attacked
 only through post-conviction relief).  
AFFIRMED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.